UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT         **VOLUNTARY WITHDRAWAL**
COALITION and APPRENTICE TRAINING AND                **AND ORDER**
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS            **DISCONTINUING ACTION**
LOCAL 5 NEW YORK,
                                    Plaintiffs,        **08 CIV 3646 (KMK)(LMS)**
        - against -

NAVILLUS CONSTRUCTION, INC., NAVILLUS
TILE, INC., NAVILLUS GROUP, LLC, and
DONAL O'SULLIVAN, Individually,

                                    Defendants.

-----------------------------------------------------------------X

**WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, this action is

**HEREBY VOLUNTARILY WITHDRAWN** by the plaintiffs and it is acknowledged that this action be discontinued with prejudice and without costs.

Dated: May 3, 2008

                                    GELLERT & KLEIN, P.C.
                                    BY: _____
                                    Stephen E. Ehlers (SE-3064)
                                    Attorneys for Plaintiffs
                                    75 Washington Street
                                    Poughkeepsie, NY 12601
                                    (845) 454-3250

SO ORDERED  Jun 26 , 2008

_____
Kenneth M. Karas, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

F:\USER\clients\H\HVDC\NAVILLUS\Legal\VOLUNTARY WITHDRAWAL.wpd\May 14, 2008 (8:15am)